**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dinara Khandy

Plaintiff,

v.

Case No.: 1:26−cv−04113
Honorable Jeffrey I Cummings

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2026:

MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's motion for leave to file excess pages [21] and motion for a temporary restraining order, including a temporary injunction, a temporary asset restraint, and expedited discovery [22] are granted. Plaintiff's submissions support proceeding on an ex parte basis at this time. Specifically, were defendants to be informed of this proceeding before a TRO could issue, the Court finds that it is likely that their assets and websites would be redirected, thus defeating plaintiff's interests in identifying defendants, stopping defendants' infringing conduct, and obtaining an accounting. In addition, the evidence submitted by plaintiff shows a likelihood of success on the merits (including evidence of active infringement and sales into Illinois), that the harm to plaintiff is irreparable, and that an injunction is in the public interest. An injunction serves the public interest because of the consumer confusion caused by counterfeit goods, and there is no countervailing harm to defendant from an order directing them to stop infringement. Expedited discovery is warranted to identify defendants and to implement the asset freeze. If plaintiff intends to file a motion for leave for electronic service, she must comply with the dicates of Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., 177 F.4th 793, 799 (7th Cir. 2026). Enter Sealed TRO. The previously set 9/25/26 tracking status hearing is stricken and reset to 11/30/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.