**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DINARA KHANDY,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-04113

Judge Jeffrey I Cummings

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Court's Minute Entry Order [28] was sent to Defendant(s) on October 29, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The website, through which it has been publishing information about the case, was also updated, respectively, as well as the deadline to object set forth in the Order [28].

Executed on October 29, 2026.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.
***ATTORNEY FOR PLAINTIFF***

DATED: October 29, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***